UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA GONZALEZ,<br><br>           Petitioner,<br><br>           v.<br><br>WARDEN VICTORVILLE CAMP FCI, MEDIUM, I,<br><br>           Respondent. | Case No. 2:23-cv-07715-DOC-SSC<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed without prejudice for Petitioner's failure to prosecute and comply with court orders.

DATED: 4/19/2024

                                            HONORABLE DAVID O. CARTER
                                            UNITED STATES DISTRICT JUDGE